UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

ISAAC INDUSTRIES, INC.,
a Florida Corporation                                      Civil Action No.: 19-23113-Civ-Scola

      Plaintiff,

vs.

PETROQUIMICA DE VENEZUELA, S.A.,
and BARIVEN, S.A.,

      Defendants.
_____/

**PROPOSED FINAL JUDGMENT**

Based upon the Court's entry of summary judgment in favor of Plaintiff (ECF No. 153), it is HEREBY ORDERED that:

Plaintiff, Isaac Industries, Inc., recover:

1. From Defendants Bariven, S.A. and Petroquímica de Venezuela, S.A., jointly and severally, the amount of Fifteen Million One Hundred Eleven Thousand Four Hundred Forty Dollars and Zero Cents ($15,111,440.00).

2. From Defendant Bariven, S.A., pre-judgment interest of $307,155.66, plus post-judgment interest at the legal rate.

3. From Defendant Petroquímica de Venezuela, S.A., the additional amount of Eight Million Two Hundred Seventy Two Nine Hundred and Thirty Three Dollars and Zero Cents ($8,272,933.00), plus post-judgment interest at the legal rate.

Done and ordered, in Miami, Florida, on _____.

                                                                                                                             _____
Robert N. Scola, Jr.
United States District Judge