United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Isaac Industries, Inc., Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 19-23113-Civ-Scola |
| | ) |
| Petroquimica de Venezuela, S.A. | ) |
| and others, Defendants. | ) |

## Final Judgment

Based on the Court's entry of summary judgment in favor of Plaintiff Isaac Industries, Inc. and against Defendants Petroquimica de Venezuela, S.A. ("Pequiven") and Bariven, S.A. (ECF No. 153), the Court orders that Plaintiff Isaac Industries, Inc. recovers:

1. From Defendants Bariven, S.A. and Petroquímica de Venezuela, S.A., jointly and severally, the amount of **$15,111,440.00**.

2. From Defendant Bariven, S.A., pre-judgment interest of **$307,155.66**, plus post-judgment interest at the legal rate.

3. From Defendant Petroquímica de Venezuela, S.A., the additional amount of **$8,272,933.00**, plus post-judgment interest at the legal rate.

**Done and ordered**, in Miami, Florida, on June 14, 2023.

_____
Robert N. Scola, Jr.
United States District Judge